United States Bankruptcy Court
District of Massachusetts

---

In Re:                                                    Chapter 7
                                                          07-41243-hjb
    Daryl Withrow

                            Debtor

---

### DEBTOR'S REBUTTAL OF PRESUMPTION OF ABUSE

I, Daryl Withrow, the undersigned debtor herein, declare that the following special circumstances are applicable to my financial situation, and justify an adjustment to my income and expenses, and justify the reasons for filing a chapter 7 bankruptcy case.

#### Adjustment to Current Monthly Income

| | |
|---|---:|
| Item 10 of Offical Form 22A reports Average Per Month Income for § (707(b)(7) as. | 5,333.33 |
| During the six months prior to the filing of the debtors petition, the debtor was able to have substaintial over-time pay. The debtor no longer has substaintial over-time pay and his average monthly income without overtime pay is $4,000.00 +/- | |
| Total Special Circumstances Adjustment in Income | 4,000.00 |

#### Adjustment to Current Monthly Allowed Expenses

| | |
|---|---:|
| The debtor anticipates that he will have to help support his mother for an indefinite period of time. The debtor's mother had a stoke after the debtor filed his Chapter 13 bankruptcy case. He estimates that he devotes $100/month helping his mother with her day to day activities. | 100.00 |
| Total Special Circumstances Adjustment to Monthly Allowed Expenses | 100.00 |

I declare under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: May 24, 2007           Signature: _____

C:\BK\rebutpre.lec